# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ali Breski                  BK NO. 19-04485 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
16 Dec 2022, 09:39:28, EST

                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 215-627-1322