Fill in this information to identify the case:

Debtor 1: Ali Breski

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Middle District of PA

Case number: 19-04485 HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Nationstar Mortgage LLC

**Court claim no. (if known):** 8-2

**Last 4 digits** of any number you use to identify the debtor's account: 6001

**Property address:**
1111 Brook Lane
Harrisburg, PA 17111

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due: (a) $ 2,564.65
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00
c. **Total.** Add lines a and b. (c) $ 2,564.65

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 03 / 01 / 2023*

Form 4100R                Response to Notice of Final Cure Payment                page 1

Case 1:19-bk-04485-HWV    Doc 58    Filed 05/18/23    Entered 05/18/23 14:44:00    Desc
Document ID: 2d9553c269a08863c97025107b6fefbef727984b7cbf354641880f8c74b8d823
Main Document    Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Michael Farrington                        Date    05/17/2023
Michael Farrington
17 May 2023, 17:48:31, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

*Creditor will file a Notice of Mortgage Payment Change to reflect the new monthly payment amount of $993.25 that became effective on 2/1/23.

Form 4100R                    Response to Notice of Final Cure Payment                    page 2

Case 1:19-bk-04485-HWV    Doc 58    Filed 05/18/23    Entered 05/18/23 14:44:00    Desc
Document ID: 2d9553c269a08863c97025107b6fefbef727984b7cbf354641880f8c74b8d822
                          Main Document        Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Ali Breski** <br> Debtor(s) <br><br> **Nationstar Mortgage LLC** <br> Movant <br> vs. <br><br> **Ali Breski** <br> Debtor(s) <br><br> **Jack N. Zaharopoulos**, <br> Trustee | **BK NO. 19-04485 HWV** <br><br> **Chapter 13** <br><br> **Related to Claim No. 8-2** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 18, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Ali Breski
1111 Brook Lane
Harrisburg, PA 17111

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

<u>Attorney for Debtor(s)</u>
*Pro Se*

Method of Service: electronic means or first-class mail

Dated: <u>May 18, 2023</u>

*/s/ Michael Farrington*
Michael Farrington, Esquire
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfarrington@kmllawgroup.com