In re:  Case No. 19-04485-HWV
Ali Breski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 27, 2023      Form ID: fnldecnd      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ali Breski, 1111 Brook Lane, Harrisburg, PA 17111-3732 |
| 5259699 | + | Bureau of Account Mgmt, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5532477 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5532478 | + | Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Nationstar Mortgage LLC, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |
| 5259702 | + | Orthopedic Institute of PA, 3399 Trindle Rd, Camp Hill, PA 17011-2286 |
| 5259704 | + | Quantum Imaging, 629-D Lowther Rd, Lewisberry, PA 17339-9222 |
| 5273034 | + | SST as servicing agent for BORROWERS FIRST, 4315 Pickett Road,, St. Joseph, Missouri 64503-1600 |
| 5274899 | + | SST as servicing agent for CIGPF I POC, 4315 Pickett Road,, St. Joseph, Missouri 64503-1600 |
| 5259705 | + | Sst/Bfi Funding Trust, 4315 Picket Rd, St Joseph, MO 64503-1600 |
| 5259707 | + | UPMC Pinnacle, P.O. Box 826813, Philadelphia, PA 19182-6813 |
| 5259709 | | systems and services technologies, inc, p.o. box 5493, carol stream, IL 60197-5493 |
| 5259710 | | upmc, p.o. box 826813, philadelphia, PA 19182-6813 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2023 18:51:29 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 27 2023 18:51:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5283076 | | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2023 18:50:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5422970 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2023 18:51:46 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5259697 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2023 18:50:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 5259698 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 27 2023 18:51:28 | Best Egg/Sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 5259701 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 27 2023 18:50:00 | Guaranteed Rate/Dovenm, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 5259700 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 27 2023 18:50:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5259703 | + | Email/Text: bankruptcynotices@psecu.com | Jun 27 2023 18:50:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 5274565 | + | Email/Text: bankruptcynotices@psecu.com | Jun 27 2023 18:50:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5285645 | + | Email/Text: flyersprod.inbound@axisai.com | Jun 27 2023 18:50:00 | Rushmore Loan Management Services, LLC, P.O Box 55004, Irvine, CA 92619-5004 |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5259706 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 19:02:48 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 5260161 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 18:51:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5282226 | | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2023 18:51:28 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5259708 | | Email/Text: bankruptcynotices@psecu.com | Jun 27 2023 18:50:00 | psecu visa, p.o. box 67013, harrisburg, PA 17106-7013 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor Rushmore Loan Management Services LLC karina.velter@powerskirn.com, brausch@pincuslaw.com |
| Lorraine Gazzara Doyle | on behalf of Creditor NATIONSTAR MORTGAGE LLC ldoyle@logs.com LOGSECF@logs.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor GUARANTEED RATE INC. r.davidow@mgplaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ali Breski,                         Chapter        13

**Debtor 1**
                                    Case No.       1:19−bk−04485−HWV

Social Security No.:
        xxx−xx−0500

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Ali Breski** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  June 27, 2023

**fnldec** (01/22)